UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) CHARLENE CROSBY TEAGUE,<br><br>     Plaintiff,<br><br>vs.<br><br>1) STATE FARM FIRE AND CASUALTY COMPANY,<br><br>     Defendant. | Case No. CIV-12-117-R |

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this 10th day of April, 2013, pursuant to Fed. R. Civ. P. 41(a), the Joint Application for Order of Dismissal with Prejudice (doc. no. 51) having come before the undersigned United States District Judge, and the Court having reviewed the Joint Application, hereby dismisses this action with prejudice. The court retains jurisdiction over the parties and the subject matter for the purpose of enforcement of the parties' settlement agreement, the terms of which are adopted and incorporated herein, by summary process if necessary and appropriate.

IT IS SO ORDERED this 10th day of April, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE